# EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: _____

FIFTH MOORINGS CONDOMINIUM, INC.,

    Plaintiff,

v.

QBE INSURANCE CORPORATION,

    Defendant.

_____/

### AFFIDAVIT IN SUPPORT OF REMOVAL OF CIVIL ACTION

Before me, the undersigned, personally appeared SCOTT HAMPTON who, after being duly sworn, deposes and states:

1. My name is Scott Hampton, and I am over the age of 21 years and have personal knowledge of the facts set forth herein.

2. I am a Senior Claims Representative for Florida Intracoastal Underwriters, Ltd., the managing general agent for QBE INSURANCE CORPORATION in the State of Florida.

3. I am the adjuster assigned to the handling of the insurance claim which is the subject of this lawsuit filed by Plaintiff, FIFTH MOORINGS CONDOMINIUM, INC., against Defendant, QBE INSURANCE CORPORATION.

4. Defendant QBE INSURANCE CORPORATION is a Pennsylvania corporation with its principal place of business at 88 Pine Street, 12th Floor, Wall Street Plaza, New York, New York.

CASE NO.: _____

5. QBE INSURANCE CORPORATION issued a commercial property insurance policy to Plaintiff, FIFTH MOORINGS CONDOMINIUM, INC., bearing policy number QFW4244, with effective dates of 7/6/2005 to 7/6/2006 for property located in Miami-Dade County, Florida.

6. Plaintiff submitted to Defendant a partial Sworn Statement in Proof of Loss dated June 18, 2010, swearing under oath that "the whole loss and damage" was at least $6,936,612.60 and "the amount claimed under the...policy" is at least $6,676,492.60." A copy of the Sworn Statement in Proof of Loss is attached hereto as Exhibit "1."

**FURTHER AFFIANT SAYETH NAUGHT**

_____
Scott H. Hampton

STATE OF FLORIDA )
                 )
COUNTY OF BROWARD )

The foregoing instrument was sworn to and subscribed before me on this ___6th___ day of __January__, 2011, by Scott Hampton, who is personally known to me, and did take an oath.

_____
Mary W. Finan
Notary Public, State of Florida

Notary Stamp:



MARY W. FINAN
MY COMMISSION # DD 657123
EXPIRES: July 25, 2011
Bonded Thru Notary Public Underwriters

# EXHIBIT "1"



**DIETZ INTERNATIONAL**
801 Brickell Ave # 900 Miami, FL 33131
Tel:305-789-6690
Fax:305-402-0425



To: Ms. Deborah Bain
Law Offices of Deborah Bain

From: Mr. Stephen End
Dietz International

Fax:561-630-1918
Phone:561-630-1917

Date: June 18, 2010        No of Pages: 4 (including cover sheet)

Re: Fifth Mooring Condominium Association-Proof of Loss-QBE Claim No:5P19137-W

cc Chris Mammel 312-494-0202
   Jay Evans 713-583-9975

Message:

Dear Ms Bain:

Please find enclosed a 3-page Sworn Statement Proof of Loss executed by our clients at Fifth Mooring Condominium Association. In speaking with your office today, your office has agreed to allow this method of delivery and or e-mail which we have also done to your e-mail address of dbainlaw@aol.com with an original to be mailed to your office at The Summit Building 840 U.S Highway One, Suite 305 North Palm Beach, FL 33408.

Have a good Weekend.

Yours Truly,

Stephen End
DIETZ INTERNATIONAL

| | | |
|---|---|---|
| POLICY NO.<br>QFW4244 | **SWORN STATEMENT**<br>IN | CLAIM NO.<br>5P19137-W |
| POLICY AMT. AT TIME OF LOSS<br>$13,000,000.00 (Building) | ESTIMATED<br>(INITIAL & PARTIAL) | AGENT<br>Maria Bush-Wells Fargo |
| DATE ISSUED<br>7/6/2005 | **PROOF OF LOSS** | AGENCY AT<br>Miami, FL |
| DATE EXPIRES<br>7/6/2006 | BUILDING DAMAGES ONLY | |

To the: QBE Insurance Corporation of Philadelphia, PA
At The time of loss, by the above indicated policy of insurance you insured- Fifth Moorings Condominium Inc.

Against loss by __Multiple Perils__ to the property described according to the terms and conditions of said policy and of all forms, endorsements, transfers and assignments attached thereto.

**TIME AND ORIGIN** A __Wind__ loss occurred about the hour of __ o'clock ___M, on the 24th day of October, 2005. The cause and origin of the said loss were: Hurricane Wilma

**OCCUPANCY** The building described, or containing the property described, was occupied at the time of loss as follows, and for no other purpose whatsoever: Multi Family Condominium Complex.

**TITLE AND INTEREST** At the time of the loss, the interest of your insured in the property described therein was Owner _____. No other person or persons had any interest therein or encumbrance thereon except: _____.

**CHANGES** Since the said policy was issued, there has been no assignment thereof, or change of interest, use, occupancy, possession, Location or exposure of the property described, except: NONE.

**TOTAL** THE TOTAL AMOUNT OF INSURANCE upon the property described by this policy was, at the time of the loss, ($13,000,000.00) plus extensions of coverage as more particularly specified in the apportionment attached, besides    which there was no policy or other contract of insurance, written or oral, valid or invalid.

**VALUE** THE ACTUAL CASH VALUE of damaged said property at the time of loss was $ N/A
**LOSS** THE WHOLE LOSS AND DAMAGE was.........estimated........................  $ 6,936,612.60
**DEDUCTIBLE** THE APPLICABLE DEDUCTIBLE is ............................................  $ 260,120.00
**AMT. CLAIMED** AMOUNT CLAIMED under the above numbered policy is ...estimated .........  $ 6,676,492.60

**STATEMENTS OF INSURED** The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing was done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any way concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

The furnishing of this blank or the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

STATE OF __Florida__           Insured: _[signature]_
COUNTY OF __Broward__          Insured: For the Fifth Moorings Condo Assoc
Subscribed and sworn to before me this __18__ day of __JUNE__ 20__10__
Personally known to me.
Form of ID __FLA DRI LICENSE__    Notary: _[signature]_

STEVEN REDLER
COMMISSION # DD 970616
EXPIRES: April 6, 2014

"Pursuant to s.817.234, FS, any person who, with the intent to injure, defraud, or deceive any insurer, files a statement of claim or proof of loss, prepares, presents, or causes to be presented a proof of loss or estimate of cost or repair of damaged property in support of a claim under an insurance policy knowing that the proof of loss or estimate of claim or repairs contains any false, incomplete, or misleading information concerning any fact or thing material to the claim commits a felony of the third degree, punishable as provided in s.775.082, s.775.083, or s.775.084, FS."

I, Liora Shwartz, President of Fifth Moorings Condominium, Inc., along with Board Members, have reviewed the estimate of damages prepared by Moye Construction, Inc. presented by Keys Claims Consultants, Inc. and agree with its contents as being accurate to the best of our ability. To the best of our knowledge, there is no inclusion of damages resulting from any other event other than the event which occurred on 10-24-2005.

_____   6/18/10
Liora Shwartz - President                Date
Fifth Moorings Condominium, Inc.

_____   6/18/10
Elbe Burke – Secretary                   Date
Fifth Moorings Condominium, Inc.

_____   6-18-10
Rodrigo Araujo – Vice President          Date
Fifth Moorings Condominium, Inc.

_____   6/18/10
Milena Connelly – Treasurer              Date
Fifth Moorings Condominium, Inc.

_____   _____
Joanne Meeker – Director                 Date
Fifth Moorings Condominium, Inc.

STATE OF  Florida
COUNTY OF  Broward

Subscribed and sworn to before me this  18  day of  JUNE  20 10
Personally known to me  no
Form of ID  Alexdri Luurse         Notary: _____

STEVEN REDLER
MY COMMISSION # DD 970618
EXPIRES: April 6, 2014
Bonded Thru Budget Notary Services

STATE OF FLORIDA,
COUNTY OF Dade , ss:

The foregoing instrument was acknowledged before me this 18th day of June, 2010, by Elbe Burke and Rodrigo Araujo , who are personally known to me, or who has produced _____ as identification.

_____
Notary

Stamp

LIORA SHWARTZ
MY COMMISSION # DD 957765
EXPIRES: March 3, 2014
Bonded Thru Notary Public Underwriters